634 A.2d 613

**Jacqueline TUMOLO**

**v.**

**Joseph J. FOLEY and City of Philadelphia.**

**Appeal of CITY OF PHILADELPHIA.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1993.

Decided Dec. 21, 1993.

Alan C. Ostrow, Judith E. Harris, Philadelphia, for City of Philadelphia.

Charles F. Volz, Jr., Philadelphia, for J. Tumolo.

John B. Kowalewski, Philadelphia, for Joseph Foley.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order of Commonwealth Court reversed, 149 Pa.Cmwlth. 645, 612 A.2d 1104. *See Johnson v. Southeastern Pennsylvania Transportation Authority,* 524 Pa. 209, 570 A.2d 71 (1990).

LARSEN, J., did not participate in the consideration or decision of this case.

ZAPPALA, J., dissents.